UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.  1:08CR239 (GBL) |
| | ) | |
| ELAINE ROBERTSON CIONI | ) | |

<u>MOTION TO DISMISS COUNTS 2 THROUGH 4 OF THE INDICTMENT</u>

COMES NOW, Elaine Robertson Cioni, by counsel, and moves this Court, pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B), to Dismiss  Counts 2 through 4 of the Indictment on grounds that they fail to state an offense, in that: (1) Ms. Cioni's intention to commit the tort of intentional infliction of emotional distress cannot be proven in this case as a matter of law; and (2) Ms. Cioni could not have acted in furtherance of the tort of invasion of privacy which does not exist in Virginia law.  In the alternative, the sentencing aggravators should be stricken from Counts 2-4 of the Indictment.

                                          Respectfully submitted,

                                          ELAINE ROBERTSON CIONI
                                          By Counsel

\_\_\_\_/s/_____
Nina J. Ginsberg, Esquire
VSB # 19472
*Counsel for Elaine Robertson Cioni*
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Phone: 703-684-4333
Fax:    703-548-3181
nginsberg@dimuro.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2008, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

      Jay Prabhu, Esquire
      Assistant U.S. Attorney
      2100 Jamieson Avenue
      Alexandria, VA 22314
      703-299-3700
      jay.prabhu@usdoj.gov


        /s/
      Nina J. Ginsberg, Esquire
      VSB # 19472
      *Counsel for Elaine Robertson Cioni*
      DiMuroGinsberg, P.C.
      908 King Street, Suite 200
      Alexandria, VA 22314
      Phone: 703-684-4333
      Fax:    703-548-3181
      nginsberg@dimuro.com