IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

RECEIVED
and iss.
JMC
2008 SEP -8 P 4: 19
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:08CR239 |
| ) | |
| ELAINE CIONI ) | |
| ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 14th day of October, 2008, then and there to testify on behalf of the United States:

    40 Blank Subpoenas (20 Sets)

This 8th day of September, 2008.

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By: _____
Jay V. Prabhu
Assistant United States Attorney

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

__EASTERN__ DISTRICT OF __VIRGINIA__

| UNITED STATES OF AMERICA | SUBPOENA IN A CRIMINAL CASE |
|---|---|
| V. | |
| ELAINE CIONI | CASE NUMBER: 1:08CR239 |

TO:

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **401 Courthouse Square** <br> **Alexandria, Virginia 22314** | 6th Floor |
| | DATE AND TIME <br> October 14, 2008 <br> 10:00 a.m. |

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| **FERNANDO GALINDO, CLERK OF THE COURT** | September 4, 2008 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS and PHONE NUMBER:
Jay V. Prabhu, AUSA, U.S. Attorney's Office
2100 Jamieson Avenue, Alexandria, Virginia 22314    (703) 299-3700