UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:08CR239 (GBL) |
| | ) | |
| ELAINE ROBERTSON CIONI | ) | |

<u>MOTION TO DISMISS</u>
COUNTS 1-4 OF THE SUPERSEDING INDICTMENT

Elaine Robertson Cioni, by counsel, submits the following Memorandum in support of her Motion to Dismiss Counts 1-4 of the Indictment on grounds that Counts 1-4 fail to allege an offense and violate the Double Jeopardy Clause of the Fifth Amendment in that each count charges her twice with a single offense. Ms. Cioni relies on the memorandum of law filed in support of this motion.

Respectfully submitted,

ELAINE ROBERTSON CIONI
By Counsel

    /s/
Nina J. Ginsberg, Esquire
VSB # 19472
*Counsel for Elaine Robertson Cioni*
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Phone: 703-684-4333
Fax:   703-548-3181
nginsberg@dimuro.com

1

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 3, 2008, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

       Jay Prabhu, Esquire
       Assistant U.S. Attorney
       2100 Jamieson Avenue
       Alexandria, VA 22314
       703-299-3700
       jay.prabhu@usdoj.gov

                /s/
              Nina J. Ginsberg, Esquire
              VSB # 19472
              *Counsel for Elaine Robertson Cioni*
              DiMuroGinsberg, P.C.
              908 King Street, Suite 200
              Alexandria, VA 22314
              Phone: 703-684-4333
              Fax:    703-548-3181
              nginsberg@dimuro.com