AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RECEIVED MAILROOM
NOV 19 2008

United States of America

v.

Elaine Robertson Cioni

SUBPOENA IN A
CRIMINAL CASE

Case Number: 1:08CR239 (GBL)

TO: Joseph R. Price, Esquire
Arent Fox
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE<br>UNITED STATES DISTRICT COURT<br>401 Courthouse Square<br>Alexandria, VA 22314 | COURTROOM<br>Judge Gerald Bruce Lee<br>6th Floor |
| --- | --- |
| | DATE AND TIME<br>December 8, 2008<br>10:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>Fernando Galindo, Acting Clerk of Court | DATE<br>October 17, 2008 |
| --- | --- |
| (By) Deputy Clerk *[signature]* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Nina J. Ginsberg, DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314 - 703-684-4333

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE 11/14/08 | PLACE | Springfield, VA. |
| SERVED | DATE 11/17/08 | PLACE | 1050 Connecticut Ave. 6th Floor, Washington, DC |
| SERVED ON (PRINT NAME) Bill Charyk - Authorized | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ | |
| SERVED BY (PRINT NAME) Brenda Torres | | TITLE Private Process Server | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___11/17/08___
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER  P.O. Box 52307
Springfield, VA 22152

ADDITIONAL INFORMATION

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)