IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Crim. No. 1:08CR239 |
| v. | ) | |
| | ) | Hon. Gerald Bruce Lee |
| ELAINE ROBERTSON CIONI, | ) | |
| | ) | Trial Date: December 8, 2008 |
| Defendant. | ) | |

## GOVERNMENT'S TRIAL EXHIBITS

The United States of America, by and through its attorneys, Dana J. Boente, Acting United States Attorney for the Eastern District of Virginia, Jay V. Prabhu, Assistant United States Attorney, hereby submits its list of exhibits.

| EX. | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 1 | <u>Bulk:</u> E&M Limited Records (dba Spoofcard) - Compact Disc | | |
| 1-1 | Spoofcard: Account Records | | |
| 1-2 | Spoofcard: Summary of Calls to Voicemail | | |
| 1-3 | Spoofcard: Summary of Relevant Calls | | |
| 1-4 | Spoofcard: Transcript of Recorded Call on 10/16/2007 at 19:05:16 (Recording #1192575878.90419). | | |
| 1-5 | Spoofcard: Transcript of Recorded Call from 10/21/2007 at 20:06:42 (Recording # 1193011550.125586). | | |
| 1-6 | Spoofcard: Transcript of Recorded Call on 10/21/2007 at 20:11:23 (Recording #  1193011838.132709). | | |
| 1-7 | Spoofcard: Transcript of Recorded Call on 10/22/2007 at 13:01:56 (Recording # 1193072444.137010). | | |
| 1-8 | Spoofcard: Transcript of Recorded Call on 08/24/2007 at 09:06:07 (Recording #1187960725.21740). | | |

| EX. | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 1-9 | Spoofcard: Transcript of Recorded Call on 05/02/2007 at 18:25:55 (Recording #1178144755.7774). | | |
| 1-10 | Spoofcard: Transcript of Recorded Call on 05/02/2007 at 18:31:28 (Recording #1178145088.8435). | | |
| 1-11 | Spoofcard: Transcript of Recorded Call on 11/02/2007 at 12:06:20 (Recording # 1194019526.75443). | | |
| 1-12 | Spoofcard: Transcript of Recorded Call on 08/24/2007 at 09:12:44 (Recording #1187961122.21766). | | |
| 1-13 | Spoofcard: Transcript of Recorded Call on 04/09/2007 at 19:15:09 (Recording #1176160509.7455). | | |
| 1-14 | Spoofcard: Transcript of Recorded Call on 04/19/2007 at 07:30:25 (Recording #1176982225.5205). | | |
| 1-15 | Spoofcard: Transcript of Recorded Call on 03/29/2007 at 08:18:41 (Recording #1175170721.1793). | | |
| 1-16 | Spoofcard: Transcript of Recorded Call on 03/29/2007 at 08:21:29 (Recording #1175170889.5764). | | |
| 1-17 | Spoofcard: Transcript of Recorded Call on 08/07/2007 at 18:30:54 (Recording #1186525798.484033). | | |
| 1-18 | Spoofcard: Transcript of Recorded Call on 08/22/2007 at 16:15:38 (Recording #1187813673.7867). | | |
| 1-19 | Spoofcard: Transcript of Recorded Call on 08/22/2007 at 4:04PM (Recording #1187812984.8983). | | |
| 1-20 | Spoofcard: Transcript of Recorded Call on 04/17/2007 at 5:24AM (Recording #1176801844.9609). | | |
| 1-21 | Spoofcard: Transcript of Recorded Call on 02/26/2007 at 2:23PM (Recording #1172517828.7870). | | |
| 1-22 | Spoofcard: Summary of Transcribed Calls | | |
| 1-23 | Spoofcard: Recordings of Transcribed Calls (Compact Disc) | | |
| 2 | <u>Bulk:</u> AOL LLC Records | | |
| 2-1 | AOL: Summary of Accesses to Reeny | | |
| 2-2 | AOL: Pfreeman Access | | |

| EX. | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 2-3 | AOL: Benger Access | | |
| 2-4 | AOL: Coryve Access | | |
| 3 | Bulk: Ebay/Paypal Records - Compact Disc | | |
| 3-1 | Ebay/Paypal: Subscriber Information and Account Details - Cioni | | |
| 3-2 | Ebay/Paypal: Subscriber Information and Account Details - ST | | |
| 3-3 | Ebay/Paypal: Summary of Relevant Paypal Payments | | |
| 4 | Comcast Internet Protocol Address Records | | |
| 5 | Carnival Corporation Records | | |
| 6 | J.W. Marriott Records | | |
| 7 | Google Records - Subscriber Info | | |
| 8 | Bulk: American Express Records | | |
| 9 | Bulk: Barclay's Bank Records | | |
| 10 | Bulk: Verizon Wireless Records - Compact Disc | | |
| 11 | Bulk: AT&T Landline Records | | |
| 12 | Bulk: Sprint Records | | |
| 13 | Bulk: Tracphone Records | | |
| 14 | Printouts of Yourhackerz.com Website | | |
| 15 | Bulk: Dynadot Records | | |
| 16 | Bulk: Yahoo! Records (CD) | | |
| 17 | Bulk: Hotmail Records | | |
| 17-1 | Hotmail - Yomama07 | | |
| 17-2 | Hotmail: Summary of Access to SharonWeiner | | |
| 18 | Level 3 Communications Records | | |
| 19 | Bandwidth.com Records | | |
| 20 | Envelope Addressed from "Patty Freeman" to "Bruce Enger" with documents inside | | |

| EX. | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 21 | Envelope Addressed from J.W. Marriott Pennsylvania Avenue to "Mr. Bruce Enger" with documents inside | | |
| 22 | Envelope Addressed to "Maureen Enger" with Postmark of September 15, 2007 from Baltimore, Maryland with documents inside | | |
| 23 | Envelope Addressed to "Maureen Enger" with documents inside | | |
| 24 | Computer Hard Drive (#1 - Cioni Work) | | |
| 24-1 | Image of Computer Hard Drive (#1 - Cioni Work) | | |
| 24-2 | FTK Report from Computer Hard Drive (#1 - Cioni Work) | | |
| 24-3 | Materials recovered from Computer Hard Drive (#1 - Cioni Work) regarding Catherine Read's Yahoo Account | | |
| 24-4 | Materials recovered from Computer Hard Drive (#1 - Cioni Work) regarding Catherine Read's Yahoo Business Account | | |
| 24-5 | Materials recovered from Computer Hard Drive (#1 - Cioni Work) regarding Sharon Weiner | | |
| 24-6 | Materials recovered from Computer Hard Drive (#1 - Cioni Work) regarding Maureen Enger | | |
| 24-7 | Materials recovered from Computer Hard Drive (#1 - Cioni Work) regarding Ashley Enger | | |
| 24-8 | Materials recovered from Computer Hard Drive (#1 - Cioni Work) regarding Yourhackerz | | |
| 25 | Computer Hard Drive (#2 - Cioni Residence) | | |
| 25-1 | Image of Computer Hard Drive (#2 - Cioni Residence) | | |
| 25-2 | FTK Report from Computer Hard Drive (#2 - Cioni Residence) | | |
| 25-3 | Materials recovered from Computer Hard Drive (#2 - Cioni Residence) regarding Patty Freeman | | |
| 26 | <u>Bulk</u>: Electronic Mails between Bruce Enger and Elaine Cioni | | |
| 27 | <u>Bulk</u>: Enger Notes about Calls | | |
| 28 | Bruce Enger Facsimile to SA Brenda Born on October 16, 2007 | | |

| EX. | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 29 | Summary: Tracing Calls to Spoofcard | | |

Respectfully submitted,

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

   /s/
Jay V. Prabhu
Attorney for United States
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
FAX: 703-299-3981
Email Address: jay.prabhu@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of December, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

Nina J. Ginsberg
DiMuro Ginsberg, PC
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333

NGinsberg@Dimuro.com

*Counsel for Elaine Robertson Cioni*

                                          /s/
                                  Jay V. Prabhu
                                  Attorney for United States
                                  U.S. Attorney's Office
                                  Justin W. Williams U.S. Attorney's Building
                                  2100 Jamieson Avenue
                                  Alexandria, Virginia 22314
                                  Phone: 703-299-3700
                                  FAX: 703-299-3981
                                  Email Address: jay.prabhu@usdoj.gov